FILED

AUG 31 2015

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 15CR1876-BEN |
| Plaintiff, | JUDGMENT AND ORDER OF DISMISSAL OF INDICTMENT WITHOUT PREJUDICE |
| v. | |
| LESLIE BARAJAS, | |
| Defendant. | |

Upon motion of the UNITED STATES OF AMERICA,

IT IS HEREBY ORDERED that the Indictment in the above entitled case be dismissed without prejudice.

IT IS SO ORDERED.

DATED: August 31, 2015.

HONORABLE ROGER T. BENITEZ
United States District Judge